CHICAGO and SAN ANTONIO, March 7, 2012 /PRNewswire/ — University Health System, the lead trauma center for South Texas, will use Allscripts Community Record™, powered by dbMotion, to share patient data with its facilities and the University of Texas (UT) Health Science Center San Antonio. The Allscripts solution will help provide a single patient record for the many physicians and patients who use both facilities.

(Logo: http://photos.prnewswire.com/prnh/20100901/CG58147LOGO)

Anchored by a 498-bed University Hospital, University Health System is a nationally recognized academic medical center that partners with UT. University Health System, which since 2003 has used Allscripts Sunrise Enterprise™ acute care Electronic Health Record and Sunrise Ambulatory™ EHR in the hospital and for its nearly 700 employed physicians at 24 locations, desired a way to enhance the transitions of care between each of its facilities as well as between its facilities and UT.

"Extending our Allscripts solution will enable us to provide continuity of care for our patients, many whom use both facilities," said Bill Phillips, Vice President and Chief Information Officer at University Health System. "We believe one integrated patient record will save time for providers and patients, as well as reduce duplicate tests."

Allscripts Community Record will enable sharing of patient information between University Health System's Allscripts solutions and the systems deployed at UT San Antonio. The Allscripts solution will aggregate and harmonize data from University Health System's 24 locations and data from UT.

"We're committed to helping our clients enable smooth transitions of care for patients," said Glen Tullman, Chief Executive Officer of Allscripts. "University Health System will soon be able to make patient information available to its physicians, nurses, and caregivers wherever and whenever the patient needs care, which will improve quality, better manage costs, and enhance patient satisfaction. This is the kind of win-win that healthcare has been searching for."

About University Health System

Owned by the people of Bexar County, University Health System is a nationally recognized academic medical center. In partnership with The University of Texas Health Science Center San Antonio, it is consistently recognized as a leader in advanced treatment options, new technologies and clinical research.

About Allscripts

Allscripts (NASDAQ: MDRX) delivers the insights that healthcare providers require to generate world-class outcomes. The company's Electronic Health Record, practice management and other clinical, revenue cycle, connectivity and information solutions create a *Connected Community of Health™* for physicians, hospitals and post-acute organizations.  To learn more about Allscripts, please visit www.allscripts.com, Twitter, Facebook and YouTube.

Forward-Looking Statements

*This press release contains forward-looking statements within the meaning of the federal securities laws. Statements regarding future events or developments, our future performance, as well as management's expectations, beliefs, intentions, plans, estimates or projections relating to the future are forward-looking statements with the meaning of these laws. These forward-looking statements are subject to a number of risks and uncertainties, some of which are outlined below. As a result, no assurances can be given that any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do so, what impact they will have on our results of operations or financial condition. Such risks, uncertainties and other factors include, among other things: the possibility that the expected synergies, efficiencies and cost savings of the merger with Eclipsys Corporation ("Eclipsys") will not be realized, or will not be realized within the expected time period; potential difficulties or delays in achieving platform and product integration and the connection and movement of data among hospitals, physicians, patients and others; the risk that the Allscripts and Eclipsys businesses will not be integrated successfully; competition within the industries in which we operate; failure to achieve certification under the Health Information Technology for Economic and Clinical Health Act could result in increased development costs, a breach of some customer obligations and could put us at a competitive disadvantage in the marketplace; the volume and timing of systems sales and installations, the length of sales cycles and the installation process and the possibility that our products will not achieve or sustain market acceptance; the timing, cost and success or failure of new product and service introductions, development and product upgrade releases; competitive pressures including product offerings, pricing and promotional activities; our ability to establish and maintain strategic relationships; undetected errors or similar problems in our software products; the outcome of any legal proceeding that has been or may be instituted against us; compliance with existing laws, regulations and industry initiatives and future changes in laws or regulations in the healthcare industry, including possible regulation of our software by the U.S. Food and Drug Administration; the possibility of product-related liabilities; our ability to attract and retain qualified personnel; the implementation and speed of acceptance of the electronic record provisions of the American Recovery and Reinvestment Act of 2009; maintaining our intellectual property rights and litigation involving intellectual property rights; risks related to third-party suppliers and our ability to obtain, use or successfully integrate third-party licensed technology; and breach of our security by third parties. See our Annual Report on Form 10-KT for the seven months ended December 31, 2010 and other public filings with the SEC for a further discussion of these and other risks and uncertainties applicable to our business. The statements herein speak only as of their date and we undertake no duty to update any forward-looking statement whether as a result of new information, future events or changes in expectations.*

SOURCE Allscripts Healthcare Solutions, Inc.

Investors, Seth Frank, +1-312-506-1213, seth.frank@allscripts.com, or Media, Ariana Nikitas, +1-312-506-1236, ariana.nikitas@allscripts.com, or Claire Weingarden, +1-312-447-2442, claire.weingarden@allscripts.com

Allscripts

Careers
Client Stories
Contact Us
Events
Insights
Investor Relations
Newsroom
Why Allscripts

Careers
Client Stories
Contact Us
Events
Insights
Investor Relations
Newsroom
Why Allscripts

PRODUCTS

2bPrecise
Allscripts PM
Care Director
Community Care
dbMotion
FollowMyHealth
Melissa Data

Opargo
Paragon EHR
Payerpath
Practice Analytics
Practice Fusion
Professional EHR
Allscripts RCMS
Sunrise EHR
TouchWorks EHR
Veradigm

SERVICES

Education and Training
Managed Services
Professional Services
Allscripts Cloud
Technical and Support Services
Legal
Client Systems
ONC Regulatory Compliance
Cookies
Government Initiatives
Privacy and Security Program
Suppliers

©2021 Allscripts Healthcare, LLC and/or its affiliates. All rights reserved.    Privacy Policy    Terms of Use    Legal