# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br>UNIVERSITY HEALTH SYSTEM SERVICES OF TEXAS, INC.,<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Case No. 6:21-cv-01252-ADA |

### DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL LETTER

NOW COMES Defendant Bexar County Hospital District d/b/a University Health ("University Health"), by and through its counsel, files this Notice of Filing of Supplemental Letter updating its Motion to Stay [Dkt. 8]. The Letter is attached hereto.

Dated: April 18, 2022

Respectfully submitted,

*/s/ Richard D. Milvenan*
Richard D. Milvenan (State Bar No. 14171800)
McGINNIS LOCHRIDGE LLP
1111 W. 6th Street, Bldg. B, Suite 400
Austin, TX 78703
Tel.: (512) 495-6000
Fax: (512) 495-6093
rmilvenan@mcginnislaw.com

Nick G. Saros (Admitted *pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
Fax: (213) 239-5199
nsaros@jenner.com

*Attorneys for Defendant Bexar County Hospital District d/b/a Universal Health*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2022, a true and correct copy of the foregoing was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

      */s/ Richard D. Milvenan*
      Richard D. Milvenan